## CLARK *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 42, September Term, 1964.]

*Decided October 21, 1964.*

Before HENDERSON, C. J., and PRESCOTT, MARBURY, SYBERT and OPPENHEIMER, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set forth in the opinion of Judge McLaughlin in the court below, and upon the authority of *Wright v. State,* 222 Md. 242, 247.

*Application denied.*